**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RODERIC BOLING,

        Plaintiff,

v.                                        Case No:   6:21-cv-129-WWB-LHP

CITY OF LONGWOOD, MASON
ROTHENBURG, B. RACINE,
KRISTOPHER BURNAM, DAVID
DOWDA and KEVIN SHEA,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PRO SE PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT CASE FILINGS UTILIZING PACER ELECTRONIC CASE FILING SYSTEM (Doc. No. 58)
>
> **FILED:** February 24, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, proceeding *pro se*, requests access to file electronically through the Court's CM/ECF system. Doc. No. 58. On review, the request will be denied

without prejudice. First, Plaintiff's request fails to comply with the Local Rules, namely Local Rules 3.01(a), and 3.01(g). Second, pursuant to this Court's Administrative Procedures for Electronic Filing, a party proceeding *pro se* is required to file all pleadings and other documents in paper format, absent authorization from the Court to file electronically.[1] "While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02-CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). The instant motion (Doc. No. 58) is not sufficient to satisfy this standard. Plaintiff is advised that he may view documents and orders filed in this case at the Office of the Clerk of Court or for a fee by registering through the Public Access to Court Electronic Records ("PACER") service.

---

[1] The Court's Administrative Procedures for Electronic Filing can be found on the Court's website, www.flmd.uscourts.gov, under "Filing a Case" and then selecting "Administrative Procedures for Electronic Filing (PDF)."

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties